UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: STEVEN WAYNE BONILLA | No. 2:24-cv-03767-JAM-CSK |
| | No. 2:24-cv-03769-JAM-CSK |
| | No. 2:24-cv-03771-JAM-CSK |
| | No. 2:24-cv-03773-JAM-CSK |
| | No. 2:24-cv-03774-JAM-CSK |
| | No. 2:24-cv-03775-JAM-CSK |
| | No. 2:24-cv-03777-JAM-CSK |
| | No. 2:24-cv-03780-JAM-CSK |
| | No. 2:24-cv-03781-JAM-CSK |
| | No. 2:24-cv-03782-JAM-CSK |
| | ORDER |

Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the above-captioned civil actions. On November 29, 2018, the Court declared Plaintiff a vexatious

1

1  litigant and ordered the Clerk of the Court not to file or assign a civil case number to any
2  proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in
3  Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.
4  13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of
5  the Court to open a new case for each attempted new pleading and assign it to the Court for
6  review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's
7  Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

8       The Court has reviewed the complaints/petitions filed in the above-captioned cases and
9  finds they are related to Plaintiff's Alameda County criminal conviction.

10      Accordingly, IT IS HEREBY ORDERED that 2:24-cv-03767, 2:24-cv-03769, 2:24-cv-
11 03771, 2:24-cv-03773, 2:24-cv-03774, 2:24-cv-03775, 2:24-cv-03777, 2:24-cv-03780, 2:24-cv-
12 03781 and 2:24-cv-03782 are **DISMISSED**; the Clerk of the Court is **DIRECTED** to **CLOSE**
13 these cases.  **No further filings will be accepted**.

15  Dated: January 16, 2025            /s/ John A. Mendez
                                          THE HONORABLE JOHN A. MENDEZ
16                                           SENIOR UNITED STATES DISTRICT JUDGE